

COPY
ORIGINAL
FILED

2012 SEP 14 P 12: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS LAW GROUP, LLP
   740 University Avenue, Suite 100
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC.

6

7

8              UNITED STATES DISTRICT COURT          NJV

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DONNA BURTON,      E-filing        Case No.: C 12 - 4831

12        PLAINTIFF,                   Mendocino Case
                                       No.: MCUK CVCV 1218414
13  v.
                                       **NOTICE OF REMOVAL**
14  DIVERSIFIED ADJUSTMENT SERVICE, INC.,

15        DEFENDANT.

16

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19        PLEASE TAKE NOTICE that defendant DIVERSIFIED ADJUSTMENT SERVICE, INC.,

20  hereby removes to this Court the state court action described below:

21        1.    On July 30, 2012, an action was commenced in Superior Court, State of California,

22  Mendocino County, entitled DONNA BURTON, Plaintiff, v. DIVERSIFIED ADJUSTMENT

23  SERVICE, INC., Defendant, as case number MCUK CVCV 1218414.

24        2.    On or about August 15, 2012, DIVERSIFIED ADJUSTMENT SERVICE, INC.,

25  received the Summons and Complaint, attached hereto as **Exhibit A.**

26        3.    This Court has jurisdiction to hear this case because this action is a civil action of which

27  this Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this

28  Court by defendant pursuant to the provisions of **28 U.S.C. § 1441(b)** in that it arises under the federal

BY FAX

- 1 -

1  Fair Debt Collection Practices Act (**15 U.S.C. § 1692, *et seq.***).

2  Dated: September 13, 2012

3  ELLIS LAW GROUP, LLP

4  By _____

5  Andrew M. Steinheimer
   Attorney for Defendant

6  DIVERSIFIED ADJUSTMENT SERVICE, INC.

- 2 -

**EXHIBIT**

tabbies®

A

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DIVERSIFIED ADJUSTMENT SERVICE, IN

RECEIVED
AUG 1 5 2012

14906897 # 14839358

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DONNA BURTON

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED-FILED
JUL 30 2012
CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of Mendocino
100 North State Street, Room 107
Ukiah, CA 95482

CASE NUMBER:
*(Número del Caso):*
MCUK CV CV '12 1 8 4 1 4

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 369 S. Doheny Dr., #415, Beverly Hills, CA 90211, 877-206-4741

DATE: JUL 30 2012                                 Clerk, by CARYN A. DOWNING,                    , Deputy
*(Fecha)*                                          *(Secretario)*       FRANCES PROTHEU          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

[SEAL]

3. [ ] on behalf of *(specify):*

under: [✓] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
       [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorney for Plaintiff

ENDORSED-FILED

JUL 30 2012

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF MENDOCINO
LIMITED JURISDICTION

MCUK *CVCV* '12 18 41 4

Case No.

DONNA BURTON,

Plaintiff,

vs.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

Defendant.

COMPLAINT FOR VIOLATION
OF ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT AND
FEDERAL FAIR DEBT COLLECTION
PRACTICES ACT

(Amount not to exceed $10,000)

1. Violation of Rosenthal Fair Debt
   Collection Practices Act
2. Violation of Fair Debt Collection
   Practices Act

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's

violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.*

(hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

(hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive,

deceptive, and unfair practices.

Complaint - 1

## II. PARTIES

2.      Plaintiff, Donna Burton ("Plaintiff"), is a natural person residing in Mendocino county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.      At all relevant times herein, Defendant, Diversified Adjustment Service, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.      At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.      In January 2012, Defendant initially contacted Plaintiff in connection with an attempt to collect an alleged debt bearing Account No. 14906897 and Client Ref No. C2010892461.

6.      On or about January 23, 2012, Plaintiff sent a letter requesting that Defendant cease and desist from contacting Plaintiff and informing Defendant that Plaintiff disputes the alleged debt.

7.      Defendant continued to contact Plaintiff despite receiving Plaintiff's letter requesting that they cease and desist.

8.      Defendant contacted Plaintiff at (707)467-4826 and (707)621-2164, at times and places that were known to be inconvenient, including contacting Plaintiff at work and after receiving Plaintiff's written request to cease and desist communication.

9.      Defendant contacted Plaintiff at (707)467-4826 and (707)621-2164, with such a frequency as to constitute harassment under the circumstances, including calling multiples times per day, calling after receiving Plaintiff's request to cease and desist calls, and calling at Plaintiff's work after being informed that such calls were against the policies of Plaintiff's employer.

10.     Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

    a) Repeatedly contacting Plaintiff at his/her place of employment after being informed that such calls are inconvenient to Plaintiff and violate the policy of Plaintiff's employer (§1692c(a)(1)(3));

    b) Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff (§1692c(a)(1));

    c) Causing Plaintiff's telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§1692d(5));

    d) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code §1788.11(d));

    e) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code §1788.11(e));

    f) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d));

    g) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));

    h) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10).

11.    As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT

12.    Plaintiff reincorporates by reference all of the preceding paragraphs.

13.    To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

        A.    Actual damages;
        B.    Statutory damages for willful and negligent violations;
        C.    Costs and reasonable attorney's fees; and
        D.    For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF FAIR DEBT
### COLLECTION PRACTICES ACT

14.    Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

        A.    Actual damages;
        B.    Statutory damages;
        C.    Costs and reasonable attorney's fees; and,
        D.    For such other and further relief as may be just and proper.

Complaint - 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 23rd day of July, 2012.

By: _____
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Complaint - 5

1

### CERTIFICATE OF SERVICE

2       I, Jennifer E. Mueller, declare:

3       I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4   interested in the within entitled cause.  My business address is 740 University Avenue, Suite 100,

5   Sacramento, CA 95825.

6       On September 14, 2012, I served the following document(s) on the parties in the within action:

7                                   **NOTICE OF REMOVAL**

| | | |
|---|---|---|
| 8 9 | **X** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| 10 11 | | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| 12 13 | | **VIA FACSIMILE**:  The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| 14 | | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |

15

| | |
|---|---|
| 16 17 18 19 | Todd Friedman Law Offices of Todd Friedman 369 S. Doheny Drive Suite 415 Beverly Hills, CA 90211 | Attorneys for Plaintiff DONNA BURTON |

20       I declare under penalty of perjury under the laws of the State of California that the foregoing is

21   a true and correct statement and that this Certificate was executed on September 14, 2012.

22

23                                   By _____

24                                        Jennifer E. Mueller

25

26

27

28

- 3 -