**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONNA BURTON,** | ) Case No. 3:12-CV-04831-SC |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to continue the Initial Case Management Conference from March 15, 2013 at 10:00 a.m. to ~~April 19~~, May 10, 2013 at 10:00 a.m. is hereby granted.

Dated this __12__ day of March, 2013.



_____
Judge Samuel Conti

IT IS SO ORDERED AS MODIFIED