**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONNA BURTON,** | ) Case No. 3:12-CV-04831-SC |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this __18__ day of April, 2013.



The Honorable Samuel Conti
Judge Samuel Conti